**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Jose JIMENEZ, Defendant–Appellant.**

**No. 08–50372.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Aug. 31, 2009.

Randy K. Jones, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

**362**

Holly A. Sullivan, Law Office of Holly A. Sullivan, San Diego, CA, for Defendant–Appellant.

Juan Jose Jimenez, Moreno Valley, CA, pro se.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Juan Jimenez appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326. Jimenez alleges that *Almendarez–Torres v. United States,* 523 U.S. 224, 227, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), was effectively overruled or limited by the doctrine of avoidance of constitutional doubt, and 8 U.S.C. § 1326(b) is unconstitutional. Jimenez concedes that his contentions are foreclosed by our prior decisions, *see United States v. Grisel,* 488 F.3d 844, 847 (9th Cir.2007) (en banc) (holding that the date of a prior conviction is part of the "fact" of a prior conviction for *Apprendi* purposes); *United States v. Salazar–Lopez,* 506 F.3d 748, 751 n. 3 (9th Cir.2007); *United States v. Maciel–Vasquez,* 458 F.3d 994, 995–96 (9th Cir.2006) (holding that 8 U.S.C. § 1326(b)(2) is constitutional); and that he raises them to preserve them for potential future review.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

